UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA      )
                              )      CASE NO: 4:20-CR-70
        v.                    )
                              )
MEIGHAN O'DONNELL             )

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the motion of the

Government for an order dismissing, with prejudice, the indictment against Meighan

O'Donnell, indictment number 4:20-CR-70, is GRANTED.  The above referenced case

is hereby dismissed with prejudice.

SO ORDERED this 7ᵗʰ day of November 2022.


_____
WILLIAM T. MOORE, JR., JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

1